498 A.2d 868

**Daniel J. RUBIN, a minor, by his parents and natural guardians, Gregory RUBIN and Anita Rubin, his wife, Petitioners,**

v.

**HAMOT MEDICAL CENTER, John G. Guthleben, M.D., Bayview Obstetrics & Gynecology, Inc. Richard B. Eisenberg, M.D., Pathology Associates of Erie, Inc., and Regional Clinical Laboratories of Northwestern Pennsylvania.**

Supreme Court of Pennsylvania.

Oct. 4, 1985.

Petition for Allowance of Appeal GRANTED, No. 83 W.D. Appeal Docket 1985.